

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

**ORIGINAL FILED WITH CLERK**

| | | |
|---|---|---|
| CHAMBERS OF<br>**JEROME B. SIMANDLE**<br>CHIEF JUDGE | May 13, 2016 | UNITED STATES COURTHOUSE<br>ONE JOHN F. GERRY PLAZA<br>P.O. BOX 2797<br>CAMDEN, NJ  08101<br>(856) 757-5167 |

Robert A. Vort, Esq.
Suite 101
2 University Plaza
Hackensack, NJ 07601

Dimitri Luke Karapelou, Esq.
1600 Market Street
25th Floor
Philadelphia, PA 19103

      Re:  <u>MSKP Oak Grove, LLC v. Venuto et al.</u>,
            Civil No. 10-6465 (JBS/JS)

Dear Counsel:

    The Court will hold a hearing on Defendants' <u>Daubert</u> motion seeking to exclude Plaintiff's expert, Shelley Brown, on Friday, June 10 at 1:30 p.m. in Courtroom 4A, Camden. The Court would find testimony by Ms. Brown to be helpful in addressing the <u>Daubert</u> issues and extends to Plaintiff the opportunity to produce her for the hearing, and for the Defendants to cross-examine her on <u>Daubert</u> issues if desired. The Court limits arguments at that time to the admissibility of Ms. Brown's expert reports and the issues raised regarding Hollywood Tanning's insolvency in Plaintiff's Count IV, depending on whether Ms. Brown's report is deemed admissible or inadmissible. The Court will not hear argument on the parties' other pending motions.

                                    Very truly yours,

                                      *s/ Jerome B. Simandle*

                                      JEROME B. SIMANDLE
                                      Chief U.S. District Judge

JBS/hml

cc: All Counsel via ECF