IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MSKP OAK GROVE, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>CAROL VENUTO, individually and as executrix of the Estate of RALPH A. VENUTO, Sr., et al.,<br><br>        Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 10-6465 (JBS/JS)<br><br>**ORDER** |

    This matter having come before the Court on Defendants' motion for judgment on the pleadings as to Count IV of the Second Amended Complaint [Docket Item 148], Defendants' motion in limine to exclude Plaintiff's expert, Shelley Brown, as an expert witness pursuant to Fed. R. Evid. 702 and Daubert [Docket Item 150], Plaintiff's motion to enjoin proceedings currently pending in the Superior Court of New Jersey [Docket Item 161], and cross-motions for summary judgment by Plaintiff and by Defendants [Docket Items 178 & 187]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

    IT IS this **29th** day of **June** 2016, hereby

    ORDERED that Defendants' motion for judgment on the pleadings is DENIED; and it is further

ORDERED that Defendants' motion to exclude Plaintiff's expert, Shelley Brown, is DENIED; and it is further

ORDERED that Plaintiff's motion to enjoin proceedings in the Superior Court of New Jersey is DENIED; and it is further

ORDERED that the parties' cross-motions for summary judgment are DENIED.

                                            **s/ Jerome B. Simandle**
                                            JEROME B. SIMANDLE
                                            Chief U.S. District Judge